UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SANFORD,<br><br>            Plaintiff,<br><br>     v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>            Defendants. | Case No. 1:22-cv-01100-AWI-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER, FAILURE TO COMPLY WITH THE LOCAL RULES, AND FAILURE TO PROSECUTE<br><br>(Doc. 10)<br><br>Clerk of Court to close the case. |

Plaintiff Robert L. Sanford is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2022, the Court issued a notice of temporary magistrate judge referral. (Doc. 5.) The Court served the notice on Plaintiff by U.S. Postal Service on the same day. On September 19, 2022, the U.S. Postal Service returned the order as "Undeliverable, Return to Sender." Additionally, the order reassigning the case (Doc. 9) entered and served by mail on October 6, 2022, was also returned as "Undeliverable, Not Deliverable as Addressed; Unable to Forward."

On December 9, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for failure to prosecute. (Doc. 10.) The findings and recommendations were served on Plaintiff and provided him fourteen days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections, and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The findings and recommendations issued on December 9, 2022, (Doc. 10), are adopted in full;
2. This action is dismissed without prejudice for failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  January 11, 2023                                         _____
                                                                                    SENIOR DISTRICT JUDGE